[Cite as *Perez v. Toledo Correctional Inst.*, 2010-Ohio-3785.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ROBERT PEREZ

     Plaintiff

     v.

TOLEDO CORRECTIONAL INSTITUTION

     Defendant

     Case No. 2009-05587-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On January 20, 2010, this court issued an entry holding defendant's September 2, 2009 motion to dismiss in abeyance and granting the plaintiff a 30 day extension of time to submit the filing fee. A check of the docket reveals plaintiff has failed to submit the filing fee. Accordingly, defendant's motion to dismiss is GRANTED. Plaintiff's case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

     DANIEL R. BORCHERT
     Deputy Clerk

Entry cc:

Robert Perez, #478-218          Vincent E. Lagana

2001 East Central Avenue
Toledo, Ohio 43608-2241

Department of Rehabilitation
and Correction
770 West Broad Street
Columbus, Ohio 43222

DRB/laa
Filed 4/9/10
Sent to S.C. reporter 8/13/10